UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP, INC. and CITIBANK, N.A.,    Case No.

Plaintiffs

-v-

DATATREASURY CORPORATION,

Defendant.

Rule 7.1 Statement

05 CV 7780

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CITIGROUP, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THE STUDENT LOAN CORPORATION
GOLDEN STATE BANK CORP.
ST. PAUL TRAVELERS INC.

Date: September 2, 2005

Signature of Attorney

Attorney Bar Code: DG 5758

Form Rule7_1.pdf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP, INC. and CITIBANK, N.A.,

Plaintiffs

-v-

DATATREASURY CORPORATION,

Defendant.

Case No.

Rule 7.1 Statement

05 CV 7780

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __CITIBANK, N.A.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CITIGROUP, INC.
THE STUDENT LOAN CORPORATION
GOLDEN STATE BANK CORP.
ST. PAUL TRAVELERS INC.

Date: September 2, 2005

Signature of Attorney

Attorney Bar Code: DG 5758

Form Rule7_1.pdf