IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-05

| | |
|---|---|
| CITIGROUP, INC. AND CITIBANK, N.A., § § Plaintiffs, § § v. § § DATATREASURY CORPORATION, § § Defendant. § | CIVIL ACTION NO. 05 CV 7780 (VM) |

## NOTICE OF VOLUNTARY DISMISSAL

To:   Marc S. Dreier
      Dreier LLP
      499 Park Avenue
      New York, New York 10022

PLEASE TAKE NOTICE THAT plaintiffs Citigroup, Inc. and Citibank, N.A. hereby dismiss this action without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: September 26, 2005

By: _____
Daniel M. Gantt
Attorney Bar Code #DG 5758
dmgantt@fulbright.com
Kathryn Keneally
Attorney Bar Code #KK 0023
kkeneally@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
COUNSEL FOR PLAINTIFFS
   CITIGROUP, INC. and CITIBANK, N.A.

SO ORDERED: The Clerk of Court is directed to close this case.
9-26-05
DATE   VICTOR MARRERO, U.S.D.J.

25579294.1